HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ANDREW WONG, CA SBN #308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MANUEL B. GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00156 SAB |
| Plaintiff, | **STIPULATION TO MODIFY CONDITION OF CUSTODY; ORDER** |
| vs. | |
| MANUEL B. GONZALES, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for Manuel B. Gonzales, that the Court modify the condition of Mr. Gonzales's custody from serving weekends to serving straight time.

On April 20, 2018, Mr. Gonzales was sentenced to serve 45 days, which was to be served on weekends. On May 24, 2018, Mr. Gonzales contacted defense counsel and informed him that his employer would grant him a leave of absence to serve his custodial sentence. Mr. Gonzales's employer informed him that he would be able to return to the company after service of his custodial sentence. The parties, therefore, request that the Court modify condition number five of Mr. Gonzales's probation to eliminate the condition that Mr. Gonzales serve his custodial sentence on weekends. The parties propose that Mr. Gonzales will self-surrender on Friday, June 8, 2018 at 10:00 a.m. and will remain in custody until he has satisfied the custodial portion of his sentence.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: May 29, 2018 | | */s/ Michael Tierney*<br>MICHAEL TIERNEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 29, 2018 | | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>MANUEL B. GONZALES |

**O R D E R**

The Court hereby grants the parties' request to modify the conditions of Mr. Gonzales's probation. Condition Number 5 of the conditions of probation is hereby modified to state: "The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 45 days. The defendant shall surrender to the United States Marshal in Los Angeles, California on 6/8/2018 by 10:00 a.m."

IT IS SO ORDERED.

Dated: **May 29, 2018**

UNITED STATES MAGISTRATE JUDGE