# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MANUEL B. GONZALES,<br><br>　　　　　Defendant. | Case No. 1:17-mj-00156-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

　　　　PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

|  |  |
|---|---|
| **Convicted of:** | Operating a motor vehicle under the influence of alcohol or drug with blood alcohol level over 0.08 with a suspended license. |
| **Sentence Date:** | April 20, 2018 |
| **Review Hearing Date:** | February 21, 2019 |
| **Probation Expires On:** | April 20, 2021 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $1,500.00 fine and $10.00 special assessment.

## *COMPLIANCE:*

☐　　Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒　　To date, Defendant has made a payment of $250.00[1]
　　　☒ If not paid in full when was last time payment: 2/8/2019

☒　　Compliance with Other Conditions of Probation: Mr. Ramirez has completed 75 hours of community service, has attended NA meetings once per week since his release from custody[2] in

---

[1] Mr. Gonzales has mailed one payment of $250.00. Proof is attached. Mr. Gonzales anticipates sending another payment of $250.00 within the next two days.
[2] Mr. Gonzalez served 45 consecutive days in custody, instead of serving his time over the weekends. Accordingly,

July and has been attending CBT/MRT classes.[3]

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Gary Leuis

DATED: 2/8/2019            */s/ Gary Leuis*
                           GARY LEUIS
                           Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

Upon providing proof of Mr. Gonzalez's attendance at CBT, the defendant moves for the following:

☒ that the review hearing set for 2/21/2019 at 10:00 a.m.

    ☒ be continued to 2/20/2020 at 10:00 a.m.; or

    ☐ be vacated.

DATED: 2/8/2019            */s/ Hope Alley*
                           DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that the Review Hearing be continued.

☒ DENIED.

IT IS SO ORDERED.

Dated: **February 11, 2019**

UNITED STATES MAGISTRATE JUDGE

---

he started attending NA meeting at the end of July (upon his release from custody) and has maintained weekly attendance ever since.

[3] Mr. Gonzalez has made several requests for proof of CBT attendance. He is awaiting a response from the facility.