1:18IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>MANUEL GONZALES,<br><br>                    Defendant. | Case No. 1:17-mj-00156-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Failure to Make Monthly Payments As Directed by the Court, |
| **Sentence Date:** | April 4, 2019 |
| **Review Hearing Date:** | April 16, 2020 |
| **Probation Expires On:** | April 20, 2021 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10 which Total Amount is made up of a Special Assessment: $10

☒ **Community Service hours Imposed of:** 20 additional hours by 10/11/2019

## *COMPLIANCE:*

☒ Defendant has completed <u>all</u> conditions of probation described-above.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

DATED: April 2, 2020                                       */s/ Jeffrey Spivak*
                                                                           JEFFREY SPIVAK
                                                                           Assistant United States Attorney

## DEFENDANT'S REQUEST:

In light of the information detailed in this status report, the defendant requests that the review hearing set for April 16, 2020, be vacated.

DATED: April 2, 2020

/s/ Matthew Lemke
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant

**ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the review hearing set for April 16, 2020, is continued to February 18, 2021 at 10:00 am. The defendant is ordered to appear and to provide a status report 2 weeks prior to the hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated: **April 3, 2020**

UNITED STATES MAGISTRATE JUDGE