# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00156-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| MANUEL GONZALES, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Failure to Make Monthly Payments As Directed by the Court,

**Sentence Date:** April 4, 2019

**Review Hearing Date:** February 18, 2021

**Probation Expires On:** April 20, 2021

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10 which Total Amount is made up of a Special Assessment: $10

☒ **Community Service hours Imposed of:** 20 additional hours by 10/11/2019

## *COMPLIANCE:*

☒ Defendant has completed <u>all</u> conditions of probation described-above.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

DATED: February 4, 2021      */s/ Philip Tankovich*
                             PHILIP TANKOVICH
                             Special Assistant United States Attorney

**_DEFENDANT'S REQUEST_**:

In light of the information detailed in this status report, the defendant requests that the review hearing set for February 18, 2021, be vacated.

DATED: February 4, 2021                     */s/ Matthew Lemke*
                                            MATTHEW LEMKE
                                            Assistant Federal Defender
                                            Attorney for Defendant

**ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐     GRANTED. The Court orders that the review hearing set for February 18, 2021, be vacated.

☒     DENIED. However, defendant's appearance is waived at the February 18, 2021 hearing and the joint motion to terminate probation is set before the Court on February 18, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __February 4, 2021__

_____
UNITED STATES MAGISTRATE JUDGE