| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |

Attorney for Defendant
MANUEL GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00156-SAB |
| Plaintiff, | JOINT MOTION TO TERMINATE PROBATION PURSUANT TO |
| vs. | 18 U.S.C. § 3564(C); AND ORDER |
| MANUEL GONZALES, | |
| Defendant. | |

The parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Manuel Gonzales, hereby move pursuant to 18 U.S.C. § 3564(c) to terminate early the Defendant's probation because Mr. Gonzales has satisfied all conditions of probation. Presently, the Defendant's probation is set to expire on April 20, 2021.

On April 4, 2019, the Court sentenced Mr. Gonzales to 36 months of unsupervised probation. As a condition of probation, Mr. Gonzales was ordered to pay a $10 special assessment, perform 20 additional hours of community service fine, and obey all laws. The parties stipulate that Mr. Gonzales has completed all of his sentencing obligations. The parties now request termination of Mr. Gonzales's probation.

Mr. Gonzales has a review hearing presently set for February 18, 2021. The parties also move that the review hearing date should be vacated if this motion is granted.

WHEREFORE, the parties request that the Defendant's term of probation be early terminated pursuant to 18 U.S.C. § 3564(c).

                                                    Respectfully submitted,
                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Date: February 4, 2021                */s/ Matthew Lemke*
                                                    MATTHEW LEMKE
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    MANUEL GONZALES


                                                    MCGREGOR W. SCOTT
                                                    United States Attorney

Date: February 4, 2021                */s/ Philip Tankovich*
                                                    PHILIP TANKOVICH
                                                    Special Assistant United States Attorney
                                                    Attorney for Plaintiff

**ORDER**

Pursuant to the joint motion of the parties to terminate early defendant Manuel Gonzales' term of probation and the hearing held on February 18, 2021 and the subsequent representations by the government in an email on February 19, 2021, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satified that such action is warranted by the conduct of the Defendant and that the termination is in the interst of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c) effective February 19, 2021.

IT IS SO ORDERED.

Dated:   **February 19, 2021**

UNITED STATES MAGISTRATE JUDGE